UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOE WASHINGTON (#098918)

VERSUS

DEUJON SHANE WORSHAM, ET AL.

CIVIL ACTION

NO. 14-520-SDD-SCR

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 27, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's claims will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana the 23 day of March, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 15.